BROOKS DENHARD SURGICAL INSTRUMENT COMPANY, INC., v. AUGUSTUS C. BRUHNKE and BARNETT L. SILVER.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application for the Commitment of GEORGE BLARA, an Alleged Mentally Sick Person.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of a Plan for the Reorganization of the Rights of All the Holders of Certificates in LAWYERS TITLE AND GUARANTY COMPANY Guaranteed Mortgage Certificates Series No. Q-28953, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, APRIL, 1938.
### (April 1, 1938.)

WILLIAM HUGHES, Respondent, v. JOHN H. RYDER, Appellant.— Motion to dismiss appeal dismissed in view of the decision on the appeal (post, p. 677), decided herewith. Motion to open default granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to SCOTT SANDERS, an Attorney, Respondent.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.